IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW2:07CR6 |
| | ) | (Financial Litigation Unit) |
| GALANVDI WADOKANAH CROWE, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case on June 25, 2010, (Docket# 34), against Defendant Galanvdi Wadokanah Crowe is DISMISSED.

Signed: September 23, 2013

_____
Dennis L. Howell
United States Magistrate Judge